**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-1531**

---

BEVERLY DIGGS,

Plaintiff - Appellant,

v.

ELAINE C. DUKE, Acting Secretary of U.S. Department of Homeland Security,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge.  (8:15-cv-02378-PJM)

---

Submitted:  August 24, 2017                          Decided:  August 28, 2017

---

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Beverly Diggs, Appellant Pro Se.  Rebecca Ann Koch, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly Diggs appeals the district court's order dismissing her employment discrimination complaint. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Diggs's informal brief does not challenge the basis for the district court's disposition, Diggs has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*